[No. 70712-4-I. Division One. October 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN VLADIMIR BARASHKOFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-00833-1, Jim Rogers, J., entered July 24 and August 8, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 70727-2-I. Division One. October 20, 2014.]

JANE CHO, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-24507-0, Sean Patrick O'Donnell, J., entered May 31, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Appelwick and Dwyer, JJ. Now published at 185 Wn. App. 10.

[No. 70740-0-I. Division One. October 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH ALAN RATLIFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06124-2, Monica J. Benton, J., entered July 12, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 71037-1-I. Division One. October 20, 2014.]

MERLE PINNEY ET AL., *Appellants*, v. BELFOR USA GROUP, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-04908-2, Millie M. Judge, J., entered September 25, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Lau, JJ.